# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 6, 2025

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

No. 22-2454

| | |
|---|---|
| JANE DOE, | Appeal from the United States District |
| *Plaintiff-Appellant,* | Court for the Western District of Wisconsin. |
| *v.* | No. 20-cv-856-wmc |
| BOARD OF REGENTS OF THE | William M. Conley, |
| UNIVERSITY OF WISCONSIN | *Judge.* |
| SYSTEM, | |
| *Defendant-Appellee,* | |

# O R D E R

The plaintiff proceeded under a pseudonym in the district court, and she continues to litigate anonymously on appeal. The use of fictitious names is disfavored, but a court may allow a litigant to proceed using a pseudonym in exceptional circumstances. *See Roe v. Dettelbach*, 59 F.4th 255, 259 (7th Cir. 2023). The district court did not make findings about the plaintiff's use of a pseudonym and the record does not contain sufficient information for us to evaluate the question. *See, e.g., Doe v. Trustees of Ind. Univ.*, 101 F.4th 485, 491–93 (7th Cir. 2024); *Doe v. Loyola Univ. of Chi.*, 100 F.4th 910, 912–14 (7th Cir. 2024). Accordingly,

**IT IS ORDERED** that this case is **REMANDED** for the district court to determine, after briefing by the parties, whether exceptional circumstances justify allowing Doe to continue litigating using a pseudonym. The remand is limited to the question of Doe's anonymity and we respectfully request that the district court issue a ruling, along with any necessary findings of fact, within 45 days of this order. If the district court determines that the plaintiff may not continue litigating using a pseudonym, she may dismiss her lawsuit in lieu of revealing her name, challenge the ruling in this court by filing a new notice of appeal, or proceed using her name. We retain jurisdiction over this appeal pending the district court's resolution of this issue.