IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ISABELLE ARANA,

    Plaintiff,                                                                ORDER

    v.                                                                         20-cv-856-wmc

BOARD OF REGENTS, THE UNIVERSITY
OF WISCONSIN SYSTEM,

    Defendant.
_____

    Having chosen not to continue litigating this case using a pseudonym, the caption is AMENDED as set forth above. The Clerk of Court is DIRECTED to notify the Seventh Circuit Court of Appeals of this order.

    Entered this 19th day of March, 2025.

                            BY THE COURT:

                            /s/
                            _____
                            WILLIAM M. CONLEY
                            District Judge