No. 22-2454

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

ISABELLE ARANA,
*Plaintiff-Appellant*,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Wisconsin
Case No. 3:20-cv-856
The Honorable William M. Conley

## UNOPPOSED MOTION FOR THREE-WEEK EXTENSION OF TIME TO RESPOND TO PETITION FOR REHEARING EN BANC

Appellant Isabelle Arana respectfully requests a three-week extension of time to respond to the University's petition for rehearing en banc, from August 8, 2025, to August 29, 2025. This is Ms. Arana's first request for an extension to file her response. The University does not oppose this extension request. Ms. Arana submits that there is good cause for this request, as follows:

1. Ms. Arana's lead appellate counsel, who was responsible for the original panel briefing and argument, is also lead counsel in a fast-paced Fourth Circuit appeal seeking injunctive relief before the start of the new school year. *See Doe v. South Carolina*, No. 25-1787 (4th Cir.). In the coming weeks, she will be responsible for drafting, in that case, an opening merits brief, a reply in support of an injunction pending appeal, and a response to a motion to dismiss.

2. Ms. Arana's lead appellate counsel is also lead counsel for an appellant in a Fifth Circuit appeal with an opening brief due August 25. *See Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*, No. 25-10651 (5th Cir.). (Her client intends to seek an extension in that case as well.)

3. In addition, Ms. Arana's lead appellate counsel is scheduled for long-planned family travel between August 8 and August 22.

4. A three-week extension will allow lead appellate counsel the opportunity to devote sufficient time to responding to the University's petition for rehearing en banc.

5. The University, through its counsel, represented that it does not oppose this extension request.

For the foregoing reasons, the Court should grant Ms. Arana's motion for a three-week extension of time to file her opposition to the University's petition for rehearing en banc.

July 28, 2025

Respectfully submitted,

*s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net

John Clune
Christopher Ford
Lucy Walker
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street
Suite 200
Boulder, CO 80302
(303) 442-6514
clune@hbcboulder.com
ford@hbcboulder.com
walker@hbcboulder.com

Robert Theine Pledl
DAVIS & PLEDL, SC
1433 N. Water Street
Suite 400
Milwaukee, WI 53202
(414) 488-1354
rtp@davisandpledl.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This motion for an extension of time complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 282 words, excluding the parts of the motion authorized by Rule 27(a)(2)(B). This motion complies with the typeface and type-style requirements of Rule 27(d)(1)(E) because the motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

July 28, 2025 *s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for Plaintiff-Appellant*