# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## BRIEF DEFICIENCY LETTER

August 28, 2025

| | |
|---|---|
| No. 22-2454 | ISABELLE ARANA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM,<br>　　　　Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:20-cv-00856-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||

**To:**　　Alexandra Z. Brodsky
　　　　　PUBLIC JUSTICE
　　　　　1620 L Street, N.W.
　　　　　Washington, DC 20036

　　　　　Mr. John Clune
　　　　　HUTCHINSON, BLACK & COOK, LLC
　　　　　921 Walnut Street
　　　　　Boulder, CO 80302

　　　　　Christopher W. Ford
　　　　　HUTCHINSON, BLACK & COOK, LLC
　　　　　921 Walnut Street
　　　　　Boulder, CO 80302

Ms. Adele P. Kimmel
PUBLIC JUSTICE
1620 L Street, N.W.
Washington, DC 20036

Mr. Robert Theine Pledl
DAVIS & PLEDL, SC
1661 N. Water Street
Milwaukee, WI 53202

Lucy K. Walker
HUTCHINSON, BLACK & COOK, LLC
921 Walnut Street
Boulder, CO 80302

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within three (3) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the three (3) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

A Disclosure Statement or Amended Disclosure Statement is required. See Fed. R. App. P. 26.1, 28(a)(1), and 28(b).

The resubmission will be deemed timely if the electronic filing is accomplished within three (3) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

E.F.

NOTE: Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**   (form ID: **187**)