# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 22, 2025

*By the Court*:

No. 22-2454

| | |
|---|---|
| ISABELLE ARANA, <br>   *Plaintiff-Appellant*, <br><br> v. <br><br> BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM, <br>   *Defendant-Appellee*. | Appeal from the United States District Court for the Western District of Wisconsin. <br><br> No. 3:20-cv-00856-wmc <br><br> William M. Conley, <br> *Judge*. |

**O R D E R**

Appellees' petition for rehearing en banc is **GRANTED**. The panel's opinion and judgment issued July 11, 2025 is **VACATED**. By separate order, the court will set a date for oral argument en banc.

The court has also decided that supplemental briefs would assist in its consideration of the case. The parties shall each file updated supplemental briefs of up to 7,000 words.

Thirty (30) copies of the supplemental briefs must be submitted to the Clerk's Office by October 24, 2025. Counsel must also re-submit to the Clerk's Office thirty (30) copies of all briefs, appendices, supplemental authority, and any other materials filed for the original argument by that date.