# No. 22-2454

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

ISABELLE ARANA,
*Plaintiff-Appellant*,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Wisconsin
Case No. 3:20-cv-856
The Honorable William M. Conley

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF AND MOTION FOR CLARIFICATION

Appellant Isabelle Arana respectfully requests a one-month extension of time for the parties to file their supplemental briefs, from October 24, 2025, to November 25, 2025. This is Ms. Arana's first request for an extension to file her supplemental brief. The University does not oppose this extension request. Ms. Arana submits that there is good cause for this request in light of her lead appellate counsel's additional case commitments between now and the current due date. These include

a reply in a Fourth Circuit appeal, *Doe v. South Carolina*, No. 25-1787 (4th Cir.), and multiple time-sensitive motions and replies in opposition to two motions for summary judgment in another case, *Williamson v. Heritage Preschools*, No. 2:24-cv-00139 (N.D. Ala.). Lead appellate counsel also anticipates responsibilities related to opposing a likely emergency stay application to the U.S. Supreme Court in a case currently pending before the First Circuit, *Victim Rights Law Center v. U.S. Department of Education*, No. 25-01787 (1st Cir.).

In addition, counsel for Ms. Arana also requests guidance from this Court as to what issues it would be most helpful for the parties to address in their forthcoming supplemental briefs. The University does not take a position on this request.

September 23, 2025

Respectfully submitted,

*s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net

John Clune
Christopher Ford
Lucy Walker
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street
Suite 200
Boulder, CO 80302
(303) 442-6514
clune@hbcboulder.com
ford@hbcboulder.com
walker@hbcboulder.com

Robert Theine Pledl
DAVIS & PLEDL, SC
1433 N. Water Street
Suite 400
Milwaukee, WI 53202
(414) 488-1354
rtp@davisandpledl.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

This motion for an extension of time complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 200 words, excluding the parts of the motion authorized by Rule 27(a)(2)(B). This motion complies with the typeface and type-style requirements of Rule 27(d)(1)(E) because the motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

September 23, 2025	*s/ Alexandra Z. Brodsky*
　　　　　　　　　　　　　　　　　　　Alexandra Z. Brodsky
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff-Appellant*